IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,           )
        Plaintiff,                 )
                                     )
          v.                 )   Civil Action No. 10-960
                                     )
BARBARA RUFFNER,                     )
        Defendant.                 )

ORDER OF COURT

AND NOW this 31st day of May, 2011, before the court is the parties' Joint Motion to Stay Proceedings of Civil Action [document #11], wherein the instant case would be stayed until a related criminal prosecution is completed.  Upon review of the motion, and in the interest of judicial economy,  IT IS HEREBY ORDERED that the Clerk of Court is directed to mark this case ADMINISTRATIVELY CLOSED.

Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, either party may initiate it in the same manner as if this order had not been entered.

BY THE COURT:


s/Gary L. Lancaster_____,C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge


cc:   All Counsel of Record